# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CONNIE MOORMAN WILLIS,**

    **Petitioner,**

**v.**                                                       **Case No: 5:18-cv-637-Oc-37PRL**

**UNITED STATES OF AMERICA**

    **Respondent.**

## ORDER

Pending before the Court now are Respondent's Motion for an Order Requiring Former Defense Counsel to Disclose Substance of Communications and to Provide Affidavit (Doc. 3) and Respondent's Unopposed First Motion for an Extension of Time (Doc. 4). Upon due consideration, it is hereby Ordered as follows:

1. Respondent's Motion for an Order Requiring Former Defense Counsel to Disclose Substance of Communications and to Provide Affidavit (Doc. 3) is **GRANTED**.

2. Mary Anderson, Assistant Federal Public Defender, shall

    a. provide an affidavit discussing the allegations raised by Willis in her section 2255 petition, including (a) her discussions with Willis relating to potential prison terms and guidelines applications; (b) motions for a variance based upon lack of criminal history/the ability to liquidate assets and pay some restitution in advance of sentencing; and (c) and efforts to assist the defendant in obtaining a potential "substantial assistance" reduction;

    b. produce any records, including correspondence, relevant to the above claims; and

    c. submit the affidavit and materials to the United States by **June 10, 2019**.

3. Respondent's Unopposed First Motion for an Extension of Time (Doc. 4) is **GRANTED.** The Response to the Petition shall be filed by **August 9, 2019**.

   **IT IS SO ORDERED.**

   **DONE AND ORDERED** at Ocala, Florida, this 10th day of May 2019.

   _____
   PHILIP R. LAMMENS
   United States Magistrate Judge

Copies to:
Counsel of Record
Unrepresented Parties
Mary Anderson, Assistant Federal Public Defender